1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10   KENNETH RAY JACKSON,              )   CASE NO. CV 10-3390-AG (PJW)
                                       )
11                    Petitioner,      )
                                       )   ORDER ACCEPTING REPORT AND
12              v.                     )   RECOMMENDATION OF UNITED STATES
                                       )   MAGISTRATE JUDGE AND DENYING
13   J. WALKER, Warden,                )   CERTIFICATE OF APPEALABILITY
                                       )
14                    Respondent.      )
     _____)

15

16        Pursuant to 28 U.S.C. Section 636, the Court has reviewed the

17   Petition, records on file, and the Report and Recommendation of the

18   United States Magistrate Judge.  Petitioner has not filed any

19   objections to the Report.  The Court accepts the findings and

20   recommendation of the Magistrate Judge.

21        Further, for the reasons stated in the Report and

22   Recommendation, the Court finds that Petitioner has not made a

23   substantial showing of the denial of a constitutional right and,

24   therefore, a certificate of appealability is denied.  *See* Rules

25   Governing Section 2254 Cases in the United States District Courts,

26

27

28

1   Rule 11(a); 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El*

2   *v. Cockrell*, 537 U.S. 322, 336 (2003).

3

4   DATED: September 30, 2011

5

6                                   _____

7                                    ANDREW J. GUILFORD

8                                    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   C:\Temp\notesE1EF34\Jackson Order accep r&r.wpd