UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH RAY JACKSON, | ) | CASE NO. CV 10-3390-AG (PJW) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| J. WALKER, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:    September 30, 2011

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Jackson Judgment.wpd